UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELROY ASKINS,<br><br>        Plaintiff,<br><br>  -against-<br><br>MARY V. ROSADO; AILEEN GUTIERREZ;<br>LISA D'URSO,<br><br>        Defendants. | 23-CV-10205 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 15, 2024
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge